# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21 Cv. 3918 |
| All monies, funds and assets contained in Merrill Lynch account XXXX7N02, held in the name of "Aurelia Infrastructure, Inc.," and all funds traceable thereto, including accrued interest. | ) ) ) ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                      .

Date:     05/05/2021

_____
/s/
*Attorney's signature*

Emily Deininger    4829677
*Printed name and bar number*

U.S. Attorney's Office
One Saint Andrew's Plaza
New York, New York 10007

*Address*

Emily.Deininger@usdoj.gov
*E-mail address*

(212) 637-2472
*Telephone number*

*FAX number*