UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                Plaintiff,

- v. -

ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                Defendant-in-rem.

**ORDER**

21 Civ. 3918 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        By May 20, 2021, Plaintiff will submit a proposed order to show cause.

Dated:  New York, New York
         May 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge