UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION FOR ADMISSION *PRO HAC VICE* |
| Plaintiff, | |
| v. | 21 CIV.3918 (PGG) |
| ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST, | |
| Defendant-*in-rem*. | |

_____x

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Theresa M.B. Van Vliet, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant, Aurelia Infrastructure, Inc., in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 13, 2021            Respectfully submitted,

/s/ Theresa M.B. Van Vliet
THERESA M.B. VAN VLIET, ESQ.
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale. FL 33301
Florida Bar No. 374040
E-Mail: tvanvliet@gjblaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 13, 2021 I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court using the CM/ECF System. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Theresa M.B. Van Vliet
THERESA M.B. VAN VLIET, ESQ.
Genovese Joblove & Battista, P.A.
E-Mail: tvanvliet@gjblaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| UNITED STATES OF AMERICA, | DECLARATION OF THERESA M.B. VAN VLIET IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| Plaintiff, | |
| v. | |
| ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST, | 21 CIV.3918 (PGG) |
| Defendant-*in-rem*. | |

_____x

I, Theresa M.B. Van Vliet, declare as follows:

1. I am a partner with the law firm of Genovese Joblove & Battista, P.A., 200 E. Broward Blvd., Suite 1110, Ft. Lauderdale, FL 33301.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

7. As such, there are no facts and circumstances surrounding any affirmative response to (4) through (6).

8.	Wherefore your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case for Defendant Aurelia Infrastructure, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2021                     Respectfully submitted,


                                        /s/ Theresa M.B. Van Vliet
                                        THERESA M.B. VAN VLIET, ESQ.
                                        Genovese Joblove & Battista, P.A.
                                        200 E. Broward Blvd., Suite 1110
                                        Ft. Lauderdale. FL 33301
                                        Florida Bar No. 374040
                                        E-Mail: tvanvliet@gjblaw.com

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**THERESA MARY BAILEY VAN VLIET**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on OCTOBER 26, 1983, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MARCH 30, 2021.

_____
Clerk of the Supreme Court of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER RE MOTION FOR ADMISSION |
| Plaintiff, | *PRO HAC VICE* |
| v. | 21 CIV. 3918 (PGG) |
| ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST, | |
| Defendant-*in-rem*. | |

_____x

The motion of Theresa M.B. Van Vliet, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Florida and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Theresa M.B. Van Vliet |
| Firm Name: | Genovese Joblove & Battista, P.A. |
| Address: | 200 E. Broward Blvd., Suite 1110 |
| City/State/Zip: | Ft. Lauderdale, Florida 33131 |
| Telephone/Fax: | (954) 453-8000 / (954) 453-8010 |

Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Defendant, Aurelia Infrastructure, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

>   _____
>   PAUL G. GARDEPHE
>   UNITED STATES DISTRICT JUDGE