UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

- v.-

ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

              Defendant-in-rem.

**ORDER**

21 Civ. 3918 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In light of the Stipulation and Order of Settlement approved by this Court (Dkt. No. 6), this Court's May 6, 2021 order (Dkt. No. 5) is vacated.

Dated: New York, New York
       May 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge