UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER RE MOTION FOR ADMISSION |
| Plaintiff, | *PRO HAC VICE* |
| v. | 21 CIV. 3918 (PGG) |
| ALL MONIES, FUNDS AND ASSETS CONTAINED IN MERRILL LYNCH ACCOUNT XXXX7N02, HELD IN THE NAME OF "AURELIA INFRASTRUCTURE, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST, | |
| Defendant-*in-rem*. | |

_____x

The motion of Theresa M.B. Van Vliet, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Florida and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Theresa M.B. Van Vliet |
| Firm Name: | Genovese Joblove & Battista, P.A. |
| Address: | 200 E. Broward Blvd., Suite 1110 |
| City/State/Zip: | Ft. Lauderdale, Florida 33131 |
| Telephone/Fax: | (954) 453-8000 / (954) 453-8010 |

Applicant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Defendant, Aurelia Infrastructure, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:  May 19, 2021

*Paul G. Gardephe* (signature)

PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE