

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   *United States of America v. All Monies, Funds and Assets Contained in Merrill Lynch Account XXXX7N02 Held in the Name of "Aurelia Infrastructure, Inc." and All Funds Traceable Thereto*
>   **21 Civ. 3918 (PGG**)

Dear Judge Gardephe:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:   /s/
      Sheb Swett
      Assistant United States Attorney
      Tel.: (212) 637-6522