UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                    :

UNITED STATES OF AMERICA           :

              Plaintiff,           :

        -v.-                :

ALL MONIES, FUNDS AND ASSETS    :
CONTAINED IN MERRILL LYNCH      :
ACCOUNT XXXX7N02, HELD IN THE NAME   :
OF "AURELIA INFRASTRUCTURE, INC.,"    :
AND ALL FUNDS TRACEABLE THERETO,    :
INCLUDING ACCRUED INTEREST,       :

           Defendant-*in-rem*.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>JUDGMENT OF FORFEITURE</u>

21 Civ. 3918 (PGG)

WHEREAS, on or about May 3, 2021, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the above-captioned Defendant-*in-rem* by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 5, 2021 through June 3, 2021, and proof of such publication was filed with the Clerk of this Court on July 6, 2021 (D.E. 11);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notices of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate

the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired; and

WHEREAS, the United States, Aurelia Infrastructure, Inc. ("Aurelia") and the Ultimate Beneficial Owners (the "UBOs") of the Defendant-*in-rem* entered into a Stipulation and Order of Settlement (the "Order of Settlement"), entered by this Court on May 10, 2021 (D.E. 6), wherein Aurelia and the UBOs agreed to the forfeiture of $7,000,000 in United States currency to the United States in settlement of this forfeiture action (the "Settlement Funds"); and

WHEREAS, the Order of Settlement authorized the United States Marshals Service to seize the Settlement Funds and hold them in its secure custody and control pending entry of a Judgment of Forfeiture;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Settlement Funds shall be, and the same hereby are forfeited to the plaintiff United States of America.

2.      The United States Marshals Service (or its designee) shall dispose of the Settlement Funds according to law.

3.      The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
        July  13 , 2021

SO ORDERED:

_____

THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE